| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Warren L. Brown, Esq.<br>Bar # 100404<br>LAW OFFICES OF WARREN L. BROWN<br>315 W. Arden Ave., Suite 28<br>Glendale, CA 91203-1150<br>Tel (818) 507-4908, Fax (818) 507-4920<br>wbbk@msn.com | |
| Attorney for  Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: SANFORD T. GAUM

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 7

CASE NUMBER  2:10-60206 PC

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is (specify name):
   SANFORD T. GAUM

2. The name, address and telephone number of the New Attorney are (specify):
   WARREN L. BROWN, 315 W. Arden Ave., Suite 28, Glendale, CA 91203-1150, (818) 507-4908

3. New Attorney hereby appears in the following matters:    ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. (Specify name of Present Attorney):

Dated: 12/9/10

SANFORD T. GAUM
Type Name of Party

X _____
Signature of Party

I consent to the above substitution.

Dated: 12/9/10

SANFORD T. GAUM
Type Name of Present Attorney

X _____
Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 12/9/10

WARREN L. BROWN
Type Name of New Attorney

_____
Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

| In re: Sanford Gaum | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-60206-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
315 W. Arden Avenue, #28, Glendale, CA 91203

The foregoing document described **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __12/9/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Warren L Brown    wbbk@msn.com
- Carolyn A Dye (TR)    trustee@cadye.com, cdye@ecf.epiqsystems.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __12/9/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __9/7/2010__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐ Service information continued on attached page

| 12/9/2010 | Cynthia Meza | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California. *January 2009*

**F 9013-3.1**

```
Label Matrix for local noticing        Los Angeles Division                    CMRE FINANCIAL SERVIVES INC
0973-2                                 255 East Temple Street,                 3075 E. IMPERIAL HWY. #200
Case 2:10-bk-60206-PC                  Los Angeles, CA 90012-3332              BREA CA 92821-6753
Central District Of California
Los Angeles
Thu Dec  9 12:53:50 PST 2010

GRANT AND WEBER                        United States Trustee (LA)              Carolyn A Dye (TR)
P.O. BOX 8669                          725 S Figueroa St., 26th Floor          Law Offices of Carolyn Dye
CALABASAS CA. 91372 8669               Los Angeles, CA 90017-5524              3435 Wilshire Blvd, Suite 990
                                                                               Los Angeles, CA 90010-1998


Sanford T Gaum                         Warren L Brown                          End of Label Matrix
1205 Corona Dr                         Law Offices of Warren L. Brown          Mailable recipients    7
Glendale, CA 91205-3701                315 W Arden Ave Ste 28                  Bypassed recipients    0
                                       Glendale, CA 91203-1150                 Total                  7
```