Carolyn A. Dye, TRUSTEE
3435 Wilshire Blvd., Suite 990
Los Angeles, CA 90010-1901
Telephone: (213) 368-5000
Facsimile: (213) 368-5009

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:10-60206-PC |
|---|---|
| GAUM, SANFORD T | 10602062 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Pro Se
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **January 20, 2011** at **9:00 a.m.** at 725 South Figueroa Street,, Room 101, Los Angeles, California 90017, for the reason set forth below:

You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated: January 5, 2011

/s/ Carolyn A. Dye
Carolyn A. Dye
Chapter 7 Trustee

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on January 5, 2011.

/s/ Shawn Sterrett
Shawn Sterrett